IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and THEDRA BRADFORD, a/k/a/ THEDRA ALLEN, Revenue Officer,** )<br>)<br>) | NO. 06-1068 MMC |
| Petitioners, )<br>) | **ORDER TO SHOW CAUSE RE** |
| v. )<br>) | **ENFORCEMENT OF INTERNAL**<br>**REVENUE SERVICE SUMMONS** |
| **OLYMPIC MANOR INC.,** )<br>) | |
| Respondent. )<br>) | |

Good cause having been shown by petitioners in the petition filed in the above-entitled proceeding on February 15, 2006, it is hereby:

**ORDERED** that respondent Olympic Manor Inc. appear before this Court on May 19, 2006, at 9:00 a.m., in Courtroom No. 7, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why it should not be compelled to appear and provide documents and testimony as required by the summonses heretofore served upon it as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the petition, be served upon respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure no later than April 14, 2006, and that petitioners shall file proof of such service no later than April 21, 2006; and it is further

1 **ORDERED** that no later than April 28, 2006, respondent may file with the Clerk of the Court and serve on counsel for petitioners a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion it desires to make; and that petitioners may file and serve, no later than May 5, 2006, a reply to any such response or motion; that the issues raised by the pleadings as well as any motion filed by respondent will be considered at the May 19, 2006 hearing; and that any uncontested allegation in the petition may be considered admitted.

Dated:  March 28, 2006

_____
UNITED STATES DISTRICT JUDGE

**ORD. TO SHOW CAUSE RE ENF.
OF IRS SUMMONS**