1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-7000
6      Facsimile:  (415) 436-6758
       Email: cynthia.stier@usdoj.gov
7
   Attorneys for the United States of America
8
   **UNITED STATES DISTRICT COURT FOR THE**
9
   **NORTHERN DISTRICT OF CALIFORNIA**
10
   **SAN FRANCISCO DIVISION**
11

| | |
|---|---|
| UNITED STATES OF AMERICA and THEDRA BRADFORD, a/k/a THEDRA ALLEN, Revenue Officer, | No. C-06-1068-MMC |
| Petitioners, | APPLICATION TO DISMISS VERIFIED PETITION TO ENFORCE SUMMONS OF THE INTERNAL REVENUE SERVICE; ORDER THEREON |
| v. | |
| OLYMPIC MANOR, INC., | |
| Respondent. | |

The United States of America dismisses the Petition To Enforce filed on February 15, 2006, because the respondent has complied with the summons, this matter is moot.

                                                      KEVIN V. RYAN
                                                      United States Attorney

Dated: 4/7/06                            /s/
                                                      CYNTHIA STIER
                                                      Assistant United States Attorney
                                                      Tax Division

The petition is hereby dismissed.

IT IS SO ORDERED.

DATED: April 7, 2006                         _____
                                                      MAXINE M. CHESNEY
                                                      UNITED STATES DISTRICT JUDGE